MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Thomas.Stevens@usdoj.gov

Attorneys for United States of America

**FILED**

MAR 2 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DYNASTY HOLDING COMPANY OF ATLANTA, <br><br> Defendant. | NO. CR 96-00155 PJH <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned indictment against defendant Dynasty Holding Company.

DATED: March 26, 2014    Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
THOMAS E. STEVENS
Assistant United States Attorney

NOTICE OF DISMISSAL (CR 96-00155 PJH)

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the indictment against defendant Dynasty Holding Company, in case number CR 96-00155 PJH.

DATED: March 27, 2014

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE